AO-10 (WP)
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2005

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial)<br>Wolle, Charles R. | 2. Court or Organization<br>US District Court. SDIA | 3. Date of Report<br>Mar 8, 2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>SR US DISTRICT JUDGE. SDIA | 5a. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial  X Annual  ___ Final<br>5b. ___ Amended Report | 6. Reporting Period<br>1-1-05<br>To<br>12-31-05 |
| 7. Chambers or Office Address<br>410 US Courthouse Annex<br>130 East Court Street<br>Des Moines, IA 50309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br>Reviewing Officer _____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| | NONE (No reportable positions.) | |
| 1 | Director and Secretary | Genoa Lakes Homeowner's Assn. (Resigned October 28, 2005) |
| 2 | | |
| 3 | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| X | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

### A. Filer's Non-Investment Income

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|
| X | NONE (No reportable non-investment income.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| X | NONE (No reportable non-investment income.) | |
| 1 | | |
| 2 | | |

FINANCIAL DISCLOSURE OFFICE
2006 MAY 19 A 11:24
RECEIVED

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Charles R. Wolle | May 8, 2006 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements.) | |
| 1 | October 21-27 George Mason Law + Econ., Arlington, VA | Travel, Meals, lodging to attend seminar on contract law, in Tucson, AZ |
| 2 | FREE, Foundation for Research on Economics and Environment September 12-17 Bozeman, MT | Travel, Meals, lodging to attend seminar on Terrorism and Security at Elkhorn Ranch, MT |
| 3 | National Judicial College, Reno, NV September 7-9 | Travel, Meals, lodging to attend seminar on Financial Statements in The Courtroom at Santa Rosa, CA |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☒ NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☒ NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting: **Charles R. Wolle**
*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

Date of Report: **MAY 8 96**

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g. dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| X NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| ML = Merrill Lynch | | | | | | | | | |
| 1 ML IRA - Directed | B | div | K | T | | | | | |
| 2 ML Basic Value Fund | A | div | J | T | | | | | |
| ML Dragon Fund | A | div | J | T | | | | | |
| 3 ML Euro Fnd " | A | div | J | T | | | | | |
| 4 ML Global Alloc Fund | B | div | K | T | | | | | |
| 5 Identix Inc Common | A | div | J | T | | | | | |
| 6 Retirement Res Fund | A | div | J | T | | | | | |
| 7 Rollover IRRA - ML | A | div | J | T | | | | | |
| ATT Wireless Common | A | div | K | T | | | | | |
| 8 Berkshire Hath B | A | div | K | T | | | | | |
| 9 BP Amoco PLC ADR | A | div | K | T | | | | | |
| 10 Citigroup Inc Com | A | div | J | T | | | | | |
| 11 Cisco Sys. Common | A | div | J | T | | | | | |
| 12 Irish Inv Fund | A | div | J | T | | | | | |
| 13 Progressive Ret. Fnd | A | div | J | T | | | | | |
| 14 General Elec. Com | A | div | J | T | | | | | |
| 15 Hellenic Tele ADR | A | div | J | T | | | | | |
| 16 Intel Common | A | div | J | T | | | | | |
| 17 Johnson + Johnson Com | A | div | J | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

WOLLE, Charles R.

MaY 8, '06

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of

spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, | | | | | | | | | |
| ML = Merrill LYNCH | | | | | | | | | |
| 18 ML Rollover IRRA (cont) | | | | | — formerly between # 26 + #27 | | | | |
| United Parcel Common | A | div | J | T | | | | | |
| 19 McDonalds Corp Common | A | div | J | T | | | | | |
| 20 Microsoft Common | A | div | J | T | | | | | |
| 21 Nokia Corp ADR | A | div | J | T | | | | | |
| 22 Pfizer Common | A | div | J | T | | | | | |
| 23 Laureate Ed Common Sylvan Learning Comm | A | div | J | T | (Name Change only) | | | | |
| 24 Walmart Common | A | div | J | T | | | | | |
| 25 MBNA Bank USA | A | div | K | T | | | | | |
| 26 Fidelity Adv Mut Fund | A | div | K | T | | | | | |
| 27 FLA East Coast Common | A | div | K | T | | | | | |
| 28 AOL Time Warner Comm | A | div | J | T | | | | | |
| 29 American Exp, Common | A | div | J | T | | | | | |
| 30 Corning Inc " | A | div | J | T | | | | | |
| 31 Oracle Corp " | A | div | J | T | | | | | |
| 32 Starwood Hotels " | A | div | J | T | | | | | |
| 33 Sun Microsystem " | A | div | J | T | | | | | |
| 34 Vanguard Cust IRA Rollover Funds Vanguard Sound | A | div | K | T | | | | | |

B=$15,001-$50,000

1 Income/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(See Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000 M=$100,001-$250,000 P2=$5,000,001-$25,000,000
2 Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
(See Col. C1, D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=More than $50,000,000
3 Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash Market
(See Col. C2) U=Book value V=Other W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Charles R. Wolle | May 8, 2006 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| -ML = Merrill Lynch | | | | | | | | | |
| 35 -Vanguard (cont) Vanguard Emerging MK | A | div | K | T | | | | | |
| 36 Vanguard European | A | div | K | T | | | | | |
| 37 Vanguard Pacific | A | div | K | T | | | | | |
| 38 General Growth Prts | A | div | J | T | | | | | |
| 39 -ML Rollover IRRA (cont) Intl. Game Tech Comm | A | div | J | T | | | | | |
| 40 RAE Systems Common | A | div | J | T | | | | | |
| 41 Berkshire Hath CLB | A | div | K | T | | | | | |
| 42 LM Ericsson Ord | A | div | K | T | | | | | |
| 43 Electrolux CLB Ord | A | div | K | T | Sell | 8-18 | K | No Gain | |
| 44 SKF AB Ord | A | div | K | T | | | | | |
| 45 Wells Fargo + Co Common | A | div | J | T | | | | | |
| 46 Regions Finc Corp | A | div | J | T | | | | | |
| 47 Ameriprise Finc Comm | A | div | J | T | (spinoff 12-1 from American Express #29 supra) | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____

Date Mar 8, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS.

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544